Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Jerome Golden Center for Behavioral Health, Inc. | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 59-1171320 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1041 45th Street | |
| Number   Street | Number   Street |
| | P.O. Box |
| West Palm Beach   FL   33407 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Palm Beach County | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)   http://goldenctr.org/

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  Jerome Golden Center for Behavioral Health, Inc.  Case number (*if known*)_____
          ———————————————————————————
          Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

623220

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                        MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor __Jerome Golden Center for Behavioral Health, Inc.__  Case number (*if known*)_____
      Name

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number      Street

    _____

    _____
    City                                    State       ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☑ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

Debtor  Jerome Golden Center for Behavioral Health, Inc.  Case number *(if known)*_____
           Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/24/2019
            MM / DD / YYYY

✗ /s/ Dr. Linda DePiano                    Dr. Linda DePiano
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✗ /s/ Philip Harris                    Date  09/24/2019
Signature of attorney for debtor                MM / DD / YYYY

Philip Harris
Printed name
Philip B. Harris, P.A.
Firm name
685 Royal Palm Beach Blvd. Suite 205
Number    Street
Royal Palm Beach        FL      33411
City                    State   ZIP Code

561-543-7963            philip@philipbharris.com
Contact phone           Email address

19781                   FL
Bar number              State

ASD Healthcare, LLC
P.O. Box 848104
Dallas, TX 75284-8104


Agency for Health Care
2727 Mahan Dr., MS 31
Tallahassee, FL 32308


Amerisource Bergen
10910 Lee Vista Blvd., Ste. 401
Orlando, FL 32829-8076


Blue Cross Blue Shield of FL
P.O. Box 660299
Dallas, TX 75266-0299


Fidelity Brokerage Services
P.O. Box 770002
Cincinnati, OH 45277-8009


First Rate Janitorial
5644 Maypop Rd.
West Palm Beach, FL 33415


Florida Linen Services
1407 SW 8th St.
Pompano Beach, FL 33069


Healthcare Services Group
P.O. Box 829677
Philadelphia, PA 11918-9677


IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223


Iron Mountain
P.O. Box 27128
New York, NY 10087-7128


Jerome Golden
3341 Monet Dr.
Palm Beach Gardens, FL 33410


Keefe, McCullough & Co.
6550 N. Federal Hwy., Ste. 410
Fort Lauderdale, FL 33308


Libertas Funding, LLC
382 Greenwich Ave.
Suite 2, Second Floor
Taftville, CT 06380

**Locumtenens**
P.O. Box 405547
Atlanta, GA 30384-5547

**Mercury Capital**
100 Merrick Rd., Ste. 540E
Rockville Center, NY 11570

**Mercury Capital**
100 Merrick Rd., Ste. 504E
Rockville Centre, NY 11570

**Netsmart Technologies, Inc.**
P.O. Box 823519
Philadelphia, PA 19182-3519

**Osman Page, LLC**
185 Townsend Ave., Ste. Q
Boothbay Harbor, ME 04538-1895

**Quality Automotive Services**
226 10th St.
West Palm Beach, FL 33403

**Quest Diagnostics**
P.O. Box 530440
Atlanta, GA 30353-3011

**Roth Staffing Companies, L.P.**
P.O. Box 60003
Anaheim, CA 92812

**Speedy Rooter**
2196 Spafford Ave.
West Palm Beach, FL 33409

**U.S. Bank**
P.O. Box 790448
St. Louis, MO 63179-5371

**U.S. Dept. Agriculture**
420 S. State Rd. 7, Ste. 166
Royal Palm Beach, FL 33414

**Ultimate Software**
P.O. Box 930593
Atlanta, GA 31193-0953

**VFI KR SPE I, LLC**
27655 Middlebelt Rd., Ste. 150
Farmington, MI 48334

United States Bankruptcy Court
Southern District of Florida

In re: Jerome Golden Center for Behavioral Health, Inc.

Debtor(s)

Case No.

Chapter 11

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/24/2019

/s/ Dr. Linda DePiano
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Jerome Golden Center for Behavioral Health, Inc.___

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fidelity Brokerage Services  P.O. Box 770002  Cincinnati, OH, 45277-8009 | | Services | | | | 295,217.07 |
| 2 | VFI KR SPE I, LLC  27655 Middlebelt Rd., Ste. 150  Farmington, MI, 48334 | | Suppliers or Vendors | | | | 186,494.92 |
| 3 | Blue Cross Blue Shield of FL  P.O. Box 660299  Dallas, TX, 75266-0299 | | Services | | | | 158,868.99 |
| 4 | Amerisource Bergen  10910 Lee Vista Blvd., Ste. 401  Orlando, FL, 32829-8076 | | | | | | 92,790.89 |
| 5 | Agency for Health Care  2727 Mahan Dr., MS 31  Tallahassee, FL, 32308 | | | | | | 79,572.00 |
| 6 | Locumtenens  P.O. Box 405547  Atlanta, GA, 30384-5547 | | Suppliers or Vendors | | | | 72,252.50 |
| 7 | Healthcare Services Group  P.O. Box 829677  Philadelphia, PA, 11918-9677 | | Suppliers or Vendors | | | | 61,872.25 |
| 8 | Netsmart Technologies, Inc.  P.O. Box 823519  Philadelphia, PA, 19182-3519 | | Telephone / Internet services | | | | 51,796.60 |

Debtor   Jerome Golden Center for Behavioral Health, Inc.                             Case number (*if known*)_____
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Keefe, McCullough & Co.  6550 N. Federal Hwy., Ste. 410  Fort Lauderdale, FL, 33308 | 305-771-0896 | | | | | 43,000.00 |
| 10 | ASD Healthcare, LLC  P.O. Box 848104  Dallas, TX, 75284-8104 | | | | | | 42,294.04 |
| 11 | Iron Mountain  P.O. Box 27128  New York, NY, 10087-7128 | | Services | | | | 36,265.64 |
| 12 | IPFS Corporation  P.O. Box 730223  Dallas, TX, 75373-0223 | | Suppliers or Vendors | | | | 35,542.00 |
| 13 | First Rate Janitorial  5644 Maypop Rd.  West Palm Beach, FL, 33415 | | Services | | | | 32,198.10 |
| 14 | Ultimate Software  P.O. Box 930593  Atlanta, GA, 31193-0953 | | | | | | 32,194.37 |
| 15 | Roth Staffing Companies, L.P.  P.O. Box 60003  Anaheim, CA, 92812 | | Services | | | | 26,435.60 |
| 16 | Florida Linen Services  1407 SW 8th St.  Pompano Beach, FL, 33069 | | Services | | | | 23,583.15 |
| 17 | Speedy Rooter  2196 Spafford Ave.  West Palm Beach, FL, 33409 | | Services | | | | 22,945.00 |
| 18 | U.S. Bank  P.O. Box 790448  St. Louis, MO, 63179-5371 | 18003285371 | Suppliers or Vendors | | | | 21,690.57 |
| 19 | Osman Page, LLC  185 Townsend Ave., Ste. Q  Boothbay Harbor, ME, 04538-1895 | | Services | | | | 21,632.28 |
| 20 | Quest Diagnostics  P.O. Box 530440  Atlanta, GA, 30353-3011 | 1-800-223-3011 | Services | | | | 15,427.07 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                page 2