**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**IN RE:**                                                              **Case No.: 19-22704-BKC-MAM**
                                                                        **Chapter 11 Proceeding**

**JEROME GOLDEN CENTER
FOR BEHAVIORAL HEALTH, INC.**

    **Debtor.**
_____/

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JEROME GOLDEN CENTER FOR BEHAVIORAL HEALTH, INC.**, in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


    ■ **None [*Check if applicable*]**


| | |
|---|---|
| **September 30, 2019** | */s/ Philip B. Harris* |
| Date | Philip B. Harris, Esq. |
| | Florida Bar No. 19781 |
| | PHILIP B. HARRIS, P.A. |
| | 685 Royal Palm Beach Blvd., Ste. 205 |
| | Royal Palm Beach. FL 33411 |
| | Telephone: (561) 543-7963 |