

**ORDERED in the Southern District of Florida on October 10, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                                Case No. 19-22704-MAM

JEROME GOLDEN CENTER
FOR BEHAVIORAL HEALTH LLC                Chapter 11

      Debtor.                    /

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO DISMISS CHAPTER 11 PROCEEDING

THIS CAUSE, having come before the Court on October 8, 2019 at 11:00 a.m. upon the *Debtor's Emergency Motion to Dismiss Chapter 11 Proceeding* (DE 21), and the Court being fully advised in the premises, it is hereby

**ORDERED** as follows:

1. For the reason stated on the record, the Debtor's Motion is hereby **GRANTED** and this case is dismissed.

2. The debtor shall pay the United States Trustee the appropriate sum required

1

pursuant to 28 U.S.C. section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor.

3. The debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

4. All pending motions are denied as moot.

5. The Court shall retain jurisdiction to enforce the provisions of this Order.

###

**Submitted by:**
PHILIP B. HARRIS, P.A.
Attorneys for Debtor
685 Royal Palm Beach Blvd., Ste. 205 Royal Palm Beach, FL  33411
561-543-7963
philip@philipbharris.com

Attorney Harris is directed to serve this order upon all interested parties and file a conforming certificate of service.