UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Case No.: 19-22704-BKC-MAM
Chapter 11 Proceeding

**JEROME GOLDEN CENTER
FOR BEHAVIORAL HEALTH, INC.**

Debtor.
_____/

### AFFIDAVIT OF DISTRIBUTIONS FOR SEPTEMBER 24, 2019 THROUGH SEPTEMBER 30, 2019 AND FROM OCTOBER 1, 2019 THROUGH OCTOBER 10, 2019

BEFORE ME, the undersigned authority personally appeared, LAQUIENTA PORTE, who, being first duly sworn, deposes and says:

1. I am over the age of 18 years and sui juris and am otherwise able to issue this Affidavit.

2. I make this affidavit based upon my personal knowledge of the facts surrounding the case as the Accounting Manager of the Debtor, and my personal review of the Debtor's financial books and records.

3. In particular, I have reviewed all of the Debtor's financial data, including speaking directly with a Seacoast National Bank, representative who reviewed the online records for the Debtor's Seacoast National Bank accounts ending in 6576 and 3703.

4. As a Debtor-in-Possession, from September 24, 2019, through September 30, 2019, the Debtor made a total of $552,418.69 in distributions.

5. The Debtor made no other distributions from any other financial accounts during the period of September 24, 2019 through September 30, 2019.

6.  Based upon the distributions above for the Third Quarter of 2019, the US Trustee fee for this period is $4,875.00.

7.  As a Debtor-in-Possession, from October 1, 2019, through October 10, 2019 (Fourth Quarter of 2019), the Debtor made a total of $789,995.91 distributions.

8.  The Debtor made no other distributions from any other financial accounts during the Fourth Quarter of 2019.

9.  Based upon the distributions above for the Fourth Quarter of 2019, the US Trustee fee for this period is $4,875.00.

10. I have prepared the check in the amount of $9,750.00, which is being sent to the US Trustee lockbox immediately.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LAQUIENTA PORTE, Accounting Director of Jerome Golden Center for Behavioral Health, Inc.

STATE OF FLORIDA
COUNTY OF PALM BEACH

SWORN TO and subscribed before me by LAQUIENTA PORTE, who is personally known to me or produced the following identification  Fl Drivs Lsnse , on this the 18 day of October 2019.

_____
Notary Public

PHILIP HARRIS
Commission # GG 160675
Expires November 25, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

2